# United States Bankruptcy Court
## District of Maryland

In re  **Stephanie Weiland LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stephanie Weiland LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 9, 2025**  
Date

**/s/ Robert N. Grossbart, Esquire**  
**Robert N. Grossbart, Esquire 04116**  
Signature of Attorney or Litigant  
Counsel for **Stephanie Weiland LLC**  
**Grossbart, Portney & Rosenberg, P.A.**  
**100 North Charles Street**  
**1 Charles Center, 20th floor**  
**Baltimore, MD 21201**  
**(410) 837-0590 Fax:(410) 837-0085**  
**Robert@Grossbartlaw.com**