Entered: January 9th, 2026
Signed: January 8th, 2026
**SO ORDERED**
JANUARY 22, 2026.



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−21534 − NVA**    Chapter: **7**

**Stephanie Weiland LLC**
Debtor

### ORDER TO SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated December 16, 2025, the above−captioned debtor was admonished to file:

- ☐ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs
- ☑ Other: Corporate Resolution

within fourteen (14) days. The debtor has failed to comply with the notice. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why this case should not be dismissed, pursuant to 11 U.S.C. § 707(a), and all debts scheduled by the debtor barred from discharge for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case and/or denial of discharge of the debts scheduled by the debtor without further notice.

cc:  Debtor
     Attorney for Debtor – Robert Grossbart
     Case Trustee – Morgan W. Fisher

### End of Order

39x01 (rev. 04/01/2022) – LaurieArter