## CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Stephanie Knarr, do hereby certify that this Resolution of the Board of Directors of Stephanie Weiland LLC ("the Company"), an LLC duly organized and existing under the laws of Maryland, authorizing the Company to file a voluntary bankruptcy petition was adopted on December 9, 2025.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

BE HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized.

FURTHER RESOLVED that Stephanie Knarr and Managing Member is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 7 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Stephanie Knarr and Managing Member is authorized to employ Grossbart, Portney, & Rosenberg to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Stephanie Knarr and Managing Member is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Stephanie Knarr and Managing Member is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Stephanie Knarr and Managing Member to effectuate the intent of these resolutions are hereby ratified and approved.

Date: January 26, 2026

*Stephanie Knarr*
Stephanie Knarr
Managing Member