UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(*Baltimore division*)

| | |
|---|---|
| IN RE: | * |
| **STEPHANIE WIELAND LLC** | *   Case No. 25-21534-NVA |
| Debtor/Movant | *   Chapter 7 |

•   *   *   *   *   *   *   *   *   *   *   *   *

**<u>EMERGENCY</u> <u>MOTION TO RECONSIDER ORDER DISMISSING CHAPTER 13 CASE</u>**

      Now comes Sherry Stephanie Weiland LLC. by her attorney, Robert N. Grossbart, and respectfully represents unto this Court:

      1.    That on or about December 9, 2025, Movant filed a voluntary petition under the provisions of Bankruptcy Code chapter 7.

      2.    That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334, and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

      3.    That on January 29, 2026, at docket no. 22, the Honorable Nancy V. Alquist signed an Order Dismissing Chapter 13 Failure to file Corporate Resolution by January 22, 2026, as required pursuant to the court order at docket no. 15. and notice that the Automatic Stay is Terminated.

      4.    The Corporate Resolution has been filed contemporaneously with this Motion.

WHEREFORE, your Movant prays to this Honorable Court:

      A.    To enter an Order Reconsidering the Court Order Dismissing Chapter 7 Case.

      B.    Grant the Movant such other and further relief as the nature of his cause may require.

                                          /s/ Robert N. Grossbart

ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
One Charles Center
100 North Charles Street, 20th floor
Baltimore, Maryland 21201
(410) 837-0590
Attorney for Debtor(s)

**CERTIFICATION OF MAILING**

      I HEREBY CERTIFY, that on Thursday, January 29, 2026, a copy of the foregoing was mailed first class, postage prepaid to the Debtor(s); Office of the U.S. Trustee, 101 W. Lombard Street, Baltimore, MD 2120Morgan W. Fisher, Law Offices of Morgan Fisher, LLC, 18 West Street,, Annapolis, MD 214018; and to all Creditors of Record listed on the attached mailing matrix.

      /s/ Robert N. Grossbart
      ROBERT N. GROSSBART, ESQUIRE