Entered: February 12, 2026
Signed:  February 12, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   25–21534 – NVA        Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Stephanie Weiland LLC
dba Dr. Stephanie's Relationship Repair
Shop, dba Stephanie Weiland Knarr, LLC,
dba Stephanie Weiland Knarr (ind)
212 Clas Dr.
Sykesville, MD 21784

Social Security No.:

Employer's Tax I.D. No.:   26–2311922

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 12/9/25.

The estate of the above–named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *TeAmoAmoes*